IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY HUNT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION 95-0744-KD |
| STATE OF ALABAMA, et al., | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court on plaintiff's motion to amend the order and judgment entered November 19, 1998 (docs. 157, 158).  Plaintiff moves the court to amend the order and judgment to reflect that his case was dismissed without prejudice instead of dismissed with prejudice.  As grounds, plaintiff asserts that he may have to re-file the civil action to enforce his constitutional rights under the First Amendment to hold inmate-conducted religious classes, a violation similar to that which plaintiff alleged in this action in 1995.

Rule 60 of the Federal Rules of Civil Procedure sets forth the time period for moving the court to modify or amend a judgment or order.  The rule provides that the motion shall be made within a reasonable time except for certain circumstances which call for the motion to be made within one year.  Upon review of the motion, the court finds that because plaintiff has waited over nine (9) years to file his motion, he has failed to file within a reasonable time.  Accordingly, his motion to amend is DENIED.

DONE this 18th day of June, 2008.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE